IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02193-PAB-KMT

RAYO B. RODRIGUEZ,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT RE-2 and
JEANNE AGUILAR, in her individual capacity,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon plaintiff's Motion to Dismiss With Prejudice [Docket No. 40].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Motion to Dismiss With Prejudice [Docket No. 40] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED March 2, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge